## **STATEMENT OF FACTS**

On April 6, 2019, at approximately 11:30 p.m., officers with the Metropolitan Police Department (MPD) responded to calls for the sounds of gunshots in the 3500 block of 13th Street, S.E., Washington, D.C. When officers arrived at the location they saw the defendant Chauncey Jones holding the area around the front of his waistband and walking away from the 3500 block of 13th, Street, S.E., at a fast pace. The officers approached the defendant and repeatedly asked if they could speak with him. The defendant continued moving away from the officers but eventually stopped and turned toward them. As the defendant turned to face the officers they saw a bulge in the front of the defendant's waistband. The defendant then dropped his hand toward the bulge and an officer grabbed the bulge and immediately determined that the defendant had a pistol in his waistband. The officers detained the defendant and placed him under arrest after they recovered a loaded 9mm semi-automatic pistol from his waistband. To the best of the undersigned officer's knowledge, defendant Chauncey Jones, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Prince George's County, Maryland, Criminal Case No. CT130034. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Springfield 9mm handguns nor 9mm ammunition manufactured in the District of Columbia.

_____
OFFICER DAMIEN WILLIAMS
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE